UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 1:06:CR:292

        HON. GORDON J. QUIST

ERIC JAMES CHURCH,

        Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 22, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Eric James Church's plea of guilty to Count One of the Indictment is accepted. Defendant Eric James Church is adjudicated guilty.


Dated: April 5, 2007                                               /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                                         UNITED STATES DISTRICT JUDGE